FILE COPY

RE: Case No. 15-0418                    DATE: 9/24/2015
    COA #: 13-14-00322-CV    TC#: 2012CCV-62067-3
STYLE:JEANNE K. GOODHEW
    v. CHRISTUS SPOHN HEALTH SYSTEM CORP. D/B/A CHRISTUS
       SPOHN HOSPITAL CORPUS CHRISTI - SHORELINE
     Petitioner's motion for rehearing was this day
filed in the above styled and numbered case.


                 MS. PATSY PEREZ
                 NUECES COUNTY DISTRICT CLERK
                 901 LEOPARD,  SUITE 313
                 CORPUS CHRISTI, TX  78401

FILE COPY

RE: Case No. 15-0418          DATE: 9/24/2015
COA #: 13-14-00322-CV     TC#: 2012CCV-62067-3
STYLE: JEANNE K. GOODHEW
    v. CHRISTUS SPOHN HEALTH SYSTEM CORP. D/B/A CHRISTUS
       SPOHN HOSPITAL CORPUS CHRISTI - SHORELINE
     Petitioner's motion for rehearing was this day
filed in the above styled and numbered case.




                 MR. WARREN SZUTSE HUANG
                 FULBRIGHT & JAWORSKI LLP
                 1301 MCKINNEY, SUITE 5100
                 HOUSTON, TX  77010-3095

FILE COPY

RE: Case No. 15-0418          DATE: 9/24/2015
COA #: 13-14-00322-CV    TC#: 2012CCV-62067-3
STYLE: JEANNE K. GOODHEW
   v. CHRISTUS SPOHN HEALTH SYSTEM CORP. D/B/A CHRISTUS
      SPOHN HOSPITAL CORPUS CHRISTI - SHORELINE
      Petitioner's motion for rehearing was this day
filed in the above styled and numbered case.

                    MS. CYNTHIA T. SHEPPARD
                    LAW OFFICE OF CYNTHIA T. SHEPPARD
                    P.O. BOX 67
                    CUERO, TX  77954-0067

FILE COPY

RE: Case No. 15-0418        DATE: 9/24/2015
COA #: 13-14-00322-CV     TC#: 2012CCV-62067-3
STYLE: JEANNE K. GOODHEW
    v. CHRISTUS SPOHN HEALTH SYSTEM CORP. D/B/A CHRISTUS
     SPOHN HOSPITAL CORPUS CHRISTI - SHORELINE
    Petitioner's motion for rehearing was this day
filed in the above styled and numbered case.

       MS. DORIAN E. RAMIREZ
       CLERK, THIRTEENTH COURT OF APPEALS
       901 LEOPARD STREET, 10TH FLOOR
       CORPUS CHRISTI, TX  78401